**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **Gregg B. Colton, on behalf of himself and a class of similarly situated persons,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Continental Resources, Inc., Enable Gathering & Processing, LLC, and DewBlaine Energy, LLC.**<br><br>**Defendants.** | **Case No. 22-cv-00208-RAW-JAR** |

---

**PARTIES' STIPULATION FOR DISMISSAL OF CLAIMS
OF PLAINTIFF GREGG B. COLTON**

---

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gregg B. Colton ("Colton"), and

Defendants Continental Resources, Inc., Enable Gathering, and Processing, LLC, and DewBlaine

Energy, LLC (collectively, the "Defendants"), stipulate to the dismissal of this action, with

prejudice, with each party to bear its own attorneys' fees and costs.

The Parties respectfully request that the Court enter its order adopting this Stipulation

Dated: January 5, 2026                                    Respectfully Submitted,

/s/Seth K. Jones
George A. Barton (admitted PHV)
Stacy A. Burrows (admitted PHV)
Seth K. Jones (admitted PHV)
BARTON AND BURROWS, LLC
5201 Johnson Drive, Ste. 110
Mission, KS 66205
(913) 563-6250
george@bartonburrows.com
stacy@bartonburrows.com
seth@bartonburrows.com

-and-

James R. Hicks
Trevor Henson
BARROW AND GRIMM, P.C.
110 W. Seventh St., Ste. 900
Tulsa, OK 74119
(918) 584-1600
jhicks@barrowgrimm.com
thenson@barrowgrimm.com

**Attorneys for Plaintiff Gregg
B. Colton**

/s/Jeffrey C. King
Jeffrey King, TX Bar #11449280
Elizabeth L. Tiblets, TX Bar #24066194
K&L Gates, LLP
301 Commerce Street, Ste. 3000
Fort Worth, Texas 76102
(817) 347-5270 (telephone)

-and-

Joe M. Hampton
Tomlinson McKinstry, P.C.
Two Leadership Square, Ste. 450
211 North Robinson
Oklahoma City, OK 73102
(405) 702-4346
joeh@TMoklaw.com

**Attorneys for Defendant
Continental Resources, Inc.**

/s/Justin Todd Woolery
Jodi C. Cole, OBA #22107
Justin Todd Woolery, OBA #18882
McAfee & Taft, PC (OKC)
211 N Robinson, 8th Flr
Oklahoma City, OK 73102-7103
(405) 235-0439
jodi.cole@mcafeetaft.com
todd.woolery@mcafeetaft.com

**Attorneys for Defendant
Enable Gathering & Processing, LLC**

/s/Paul Trimble
Paul Trimble, OBA No. 13790
Trimble Law Group, PLLC
5510 N. Francis Ave
Oklahoma City, OK 73118
(405) 594-7100
ptrimble@trimblelawgroup.com

**Attorney for Defendant
DewBlaine Energy, LLC**